In re  Soyo Group, Inc. ,    Case No. 06:09-bk-19355-RN
      **Debtor**                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> AAA Transporter Inc <br> 1740 S Otterbein Avenue <br> #52, Rowland Hts, CA 91748 | | | trucking | | | | 0.00 |
| ACCOUNT NO. 494234 <br> ADP Inc <br> PO Box 78415 <br> Phoenix, AZ 85062-8415 | | | service fees | | | | 95.00 |
| ACCOUNT NO. 89499850 <br> ADT Security Services Inc <br> PO Box 371956 <br> Pittsburgh, PA 15250-7956 | | | alarm system service | | | | 0.00 |
| ACCOUNT NO. 0003409 <br> Alps Technology Inc <br> 3930b Valley Blvd <br> Walnut, CA 91789 | | | server hosting | | | | 800.00 |
| | | | | | | Subtotal ➤ $ | 895.00 |

___8___ continuation sheets attached

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Soyo Group, Inc.                          ,          Case No.  06:09-bk-19355-RN
      **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> American Freight Logistlcs Inc, 17890 Castleton Street #115, CityofIndustry, CA91748 | | | trucking | | | | 179,001.00 |
| ACCOUNT NO. 69202023 <br> Apple Financial Services PO Box 31001-0497 Pasadena, CA 91110-0497 | | | computer lease | | | | 5,000.00 |
| ACCOUNT NO. <br> Arrowhead Direct 6661 Dixie Hwy, Ste 4 Louisville, KY 40258 | | | bottled water | | | | 500.00 |
| ACCOUNT NO. 17915 <br> Arts Forklift Repair Inc 1948 Grove Avenue Ontario, CA 91761 | | | forklift rentals | | | | 1,800.00 |
| ACCOUNT NO. 400375 <br> Blaney Mcmurtry LLP, 2 Queen St East, #1, Toronto, Ont, M5c 3g5, Canada | | | legal fees | | | | 7,200.00 |

Sheet no. __1__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 193,501.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheets 2, 3, 4, 5, 6, 7, 8)

No co-debtors

Contingent, unliquidated or disputed as noted

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM |
|---|---|---|
| Bmp Transport Inc<br>PO Box 80728<br>San Marino, CA 91118<br><br>Acct No. | delivery services | $0.00 |
| Broadbridge<br>PO Box 23487<br>Newark, NJ 07189<br><br>Acct No. 29074 | annual report printing | $300.00 |
| C&H West<br>Attn Robert Hsu<br>1611 W Rosecrans Ave<br>Gardena, CA 90249<br><br>Acct No. none | unsecured loan 8/26/2008 | $970,000.00 |
| Chevron and Texaco<br>PO Box 9560<br>Concord, CA 94524A1901<br><br>Acct No. | gas charges on credit card | $500.00 |
| Clark International Corp<br>PO Box 337<br>11 Lisbon Street Suite 205<br>Lewiston, ME 04240-0337<br><br>Acct No. 106544 | payroll processing | $46.00 |

| | | |
|---|---|---|
| Command Freight Systems<br>3555 Harbor Gateway South<br>Ste C 1<br>Costa Mesa, CA 92626<br><br>Acct No. 55906 | trucking | $6,150.00 |
| Consumer Electronics Association<br>PO Box 759083<br>Baltimore, MD 21275-9083<br><br>Acct No. | | $0.00 |
| Copierman Office Machine Company<br>1557 Santa Anita Avenue<br>S El Monte, CA 91733<br><br>Acct No. mp6-041909-10 | Xerox copy machine rental | $254.00 |
| Crown Micro Distribution House<br>c/o Michael A Baranov Esq.<br>Baranov & Wittenberg LLP<br>2049 Century Park East, Suite 2250<br>Los Angeles, CA 90067<br><br>Acct No. | 12/11/2007<br>customer refund | $92,084.00 |
| Dewey Pest Control<br>1249 Holt Blvd<br>Ontario, CA 91762-3639<br><br>Acct No. 978505 | pest control | $450.00 |
| Eagle Global Logistics<br>PO Box 844650<br>Dallas, TX 75284-4650<br><br>Acct No. 58479561 | freight and trucking | $203,038.00 |

| | | |
|---|---|---|
| Eastech Electronics (Taiwan) Inc<br>Suite4-481<br>1894 Highway 50 East,<br>Carson City, NV 89701<br><br>Acct No. none | 12/15/2006<br>note payable on trade debt | $100,456.00 |
| ESI Enterprises Inc<br>Attn Tony Aguilera Esq<br>7801 Hayvenhurst Ave<br>Van Nuys, CA 91406<br><br>Acct No. none | 4/2009<br>unliquidated and disputed claim against Soyo Group for breach of contract | $76,800.00 |
| Fedex<br>PO Box 7221<br>Pasadena, CA 91109-7321<br><br>Acct No. 9-064-68947 | delivery services | $15,869.00 |
| Formatech<br>3024 Interstate Pkwy<br>Brunswick, OH 44212<br><br>Acct No. | 2009 Consumer Electronic Show booth | $32,000.00 |
| Graybar Financial Services LLC<br>11885 Lackland Road<br>St. Louis, MO 63146<br><br>Acct No. 13909580 | phone system financial | $1,133.00 |
| Honeywell International Inc<br>21725 Network Place<br>Chicago, IL 60673-1216<br><br>Acct No. none | 4/09<br>Consent Money Judgment for past and future license fees | $3,166,908.00 |

| | | |
|---|---|---:|
| Inland Color Graphics<br>2054 Tandem Way<br>Nocro, CA 92860<br><br>Acct No. 29739 | business card printing | $888.00 |
| Jpack International Inc<br>19789 E. Harrison Avenue<br>City of Industry, CA 91789<br><br>Acct No. 9862620 | shipping | $465.00 |
| Kimin Electronic Co., Ltd<br>293-4 Gongdan-2dong<br>Gumi City, Gyeongbuk<br>Korea<br><br>Acct No. | goods purchased | $1,391,398.00 |
| Kush Warehousing, LLC<br>2360 S. Archibald Ave.<br>Ontario, CA 91761<br><br>Acct No. none | 4/2009<br>Rent | $42,038.00 |
| M. Gurza Customs Broker Limited<br>300-6285 Northam Drive<br>Mississauga, Ont, L4v 1x5<br>Canada<br><br>Acct No. 103735 | trucking and freight | $0.00 |
| Marlan Logistlcs<br>3971 - No 6 Road<br>Richmond, Bc, V6v 1x3<br>Canada<br><br>Acct No. 111058 | storage in Canada | $170.00 |

| | | |
|---|---|---|
| Marlin Leasing<br>PO Box 13604<br>Philadelphia, PA 19101-3604<br><br>Acct No. 8163953 | xerox copier lease | $560.00 |
| Pcbank21 Co., Ltd<br>371-51 3fl Gasandong<br>Gumchen-gu,<br>Seoul, Korea 153-803<br><br>Acct No. | goods purchased | $1,256,500.00 |
| Pitney Bowes<br>PO Box 856460<br>Louisville, KY 40285-6460<br><br>Acct No. 17642044865 | Postage meter | $538.00 |
| Prime Newswire<br>PO Box 8500<br>Philadelphia, PA 19176-0200<br><br>Acct No. | | $0.00 |
| Quotemedia<br>17100 E Shea Blvd Ste 230<br>Fountain Hills, AZ 85268<br><br>Acct No. 22571 | stock quote and website | $800.00 |
| Reed Business Information<br>PO Box 7247-7026<br>Philadelphia, PA 19170<br><br>Acct No. | marketing | $5,000.00 |
| Staples<br>PO Box 653029<br>Dallas, TX 75265-3029<br><br>Acct No. 8305220001 | office supplies | $800.00 |

| | | |
|---|---|---|
| Transportation on Demand<br>6951 Buckeye Street<br>Chino, CA 91710<br><br>Acct No. | trucking | $73,000.00 |
| Top Powersonic Ltd<br>No 35 Technology Rd VII<br>Hwa-ya Technology Park 333<br>Tao Yuan, Taiwan<br><br>Acct No. | | $0.00 |
| UPS<br>PO Box 650580<br>Dallas, TX 75265-0580<br><br>Acct No. | | $0.00 |
| UPS Freight<br>PO Box 1216<br>Richmond, VA 23218-1216<br><br>Acct No. | | $0.00 |
| X0 Communications<br>8851 Sandy Pkwy<br>Sandy, UT 84070<br><br>Acct No. 228910606 | telephone and internet service | $1,780.00 |
| Acton Technology Corporation<br>c/o Stephen Steinberg, Esq.<br>Vasquez Benesek Lindgren LLP<br>3685 Mt. Diablo Rd., #300<br>Lafayette, CA 94549<br><br>Acct No. | goods sold<br><br>disputed | $1,971,819.50 |

| | | |
|---|---|---|
| Promate Electronic Co., Ltd.<br>4F 32, SEC 1 Huan Shan Rd.<br>Nei Hu, Taipei 114<br>Taiwan, ROC<br><br>Acct No. 1585 | goods sold<br><br>disputed | $729,400.00 |
| Subtotal of 2 - 8 | | $10,141,144.50 |
| Total Schedule F | | $10,335,540.50 |

All amounts in Schedule F are approximate based upon the undersigned's best knowledge, information and belief.